UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES COLEMAN, | ) | Case No. CV 08-00480-MMM(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHY MENDOZA-POWERS, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: October 16, 2008

_____
Margaret M. Morrow
United States District Judge